1  SARA BAXTER     SBN: 247041
   BAXTER LAW OFFICES
2  645 Fourth Street, Suite 205
   Santa Rosa, CA   95404
3  Telephone: 707-544-1149
   Facsimile: 707-544-1148
4  sbaxterlaw@gmail.com

5  Attorney for Plaintiffs,
   JOSEPH G. BAXTER and
6  PATRICIA M. BAXTER



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARY BAXTER;<br>PATRICIA MARY BAXTER,<br><br>            Plaintiffs,<br>   v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>            Defendants. | **CASE No.: 4: 15-CV-02138-YGR**<br><br>Judge Yvonne Gonzalez Rogers<br>Courtroom #1, 4th Floor<br>1301 Clay Street<br>Oakland, CA |
| JOSEPH GARY BAXTER;<br>PATRICIA MARY BAXTER,<br><br>            Petitioner,<br>   v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Respondent. | **CASE No.: 4:15-CV-04764-YGR**<br><br>Judge Yvonne Gonzalez Rogers<br>Courtroom #1, 4th Floor<br>1301 Clay Street<br>Oakland, CA |

**[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME
FOR BRIEFING SCHEDULES, CONTINUANCE OF MOTION HEARINGS,
AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

```
              *AS MODIFIED BY THE COURT*
```

1  **GOOD CAUSE APPEARING**, and based upon the stipulation of the parties, the
2  Court orders as follows: (1) the hearing on defendant UNITED STATES OF
3  AMERICA's Opposition to Petitioners JOSEPH BAXTER's and PATRICIA BAXTER's
4  Amended Petition to Quash IRS Summons currently set for December 15, 2015 at
5  2:00 p.m., in case 4:15-CV-04764-YGR, and (2) the hearing on the United States'
6  Motion to Dismiss the Complaint in case no. 4: 15-CV-02138-YGR currently set for
7  December 15 at 2:00 p.m., and (3) the Case Management Conference, currently
8  scheduled for December 14, by approximately ~~twenty-one (21) days~~ forty-five (45), as follows:

10      a) Plaintiff's responsive pleading to Defendants' Opposition to the
11      Baxters' Petition to Quash (case no. 4:15-CV-04764-YGR) shall be filed
12      on or before December 15, 2015;
13      b) Plaintiff's Opposition to Defendants' Motion to Dismiss (case no. 4: 15-
14      CV-02138-YGR) shall be filed on or before December 15, 2015;
15      c) The United States' reply to plaintiffs' opposition to Defendants' Motion
16      to Dismiss shall be filed on or before December 21, 2015;
17      d) The hearings on the motions shall be continued to ~~January 5, 2016~~ January 26, 2016.
18      [*the hearings are currently scheduled for December 15, 2015*].
19      e) The Case Management Conference shall be continued to ~~January 5,
20      2016~~; February 22, 2016 at 2:00 p.m. The parties' joint
21          CMC statement to be filed by February 15, 2016.

23  IT IS SO ORDERED.
    Dated: November 25, 2015