UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GARY BAXTER AND PATRICIA MARY BAXTER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**, ***et al.**,*<br><br>Defendants. | Case No. 15-cv-02138-YGR<br><br>**ORDER AMENDING BRIEFING SCHEDULE; VACATING HEARING ON MOTION; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. Nos. 32, 33 |

Currently before the Court is Plaintiffs' motion asking the Court to (1) extend Plaintiffs' time to file their opposition to the government's motion to dismiss, and (2) continue the hearing on the government's motion. (Dkt. No. 33.) Good cause appearing, Plaintiffs' motion is **GRANTED IN PART**. The briefing schedule on the motion is **AMENDED** as follows:

Plaintiffs' opposition brief shall be filed no later than May 6, 2016; and

Government's reply shall be filed no later than May 13, 2016.

The hearing on the government's motion to dismiss currently set for May 10, 2016 is **VACATED** to be reset if the Court deems necessary.

The Court also **SETS** a compliance hearing regarding the parties' obligation to file briefs as set forth above to be held on Friday, May 20, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. If either party fails to file their brief in a timely fashion, they must submit a one-page statement setting forth an explanation for their failure to comply by the same date. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

This Order terminates Docket Number 33.

**IT IS SO ORDERED.**

Dated: April 13, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**