UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOSEPH GARY BAXTER AND PATRICIA MARY BAXTER,**

Plaintiffs,

v.

**UNITED STATES OF AMERICA, *et al.*,**

Defendants.

Case No. 15-cv-02138-YGR

**JUDGMENT**

This action came to a determination on dismissal before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs Joseph Gary and Patricia Mary Baxter's First Amended Complaint is **DISMISSED WITH PREJUDICE**. Plaintiffs' requests for declaratory and injunctive relief and for attorney's fees and costs are **DENIED**. There being nothing further to adjudicate this action is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: October 12, 2016

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**